In the Matter of the Application of the City of New York, Relative to Acquiring Title for the Widening of Crescent Street, etc., in the Borough of Queens. Frederick Ayer, Appellant; The City of New York and Others, Respondents.— Order affirmed, with ten dollars costs and dis-

dursements. No opinion. Motion to dismiss appeal from order directing that no evidence be printed on the foregoing appeal granted, with ten dollars costs. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.